UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULLETO ROGERS,

        Plaintiff,                            Civil Action No. 15-13943

vs.                                             HON. MARK A. GOLDSMITH

JOY FLOOD,

        Defendant.
_____/

### ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED APRIL 5, 2016 (Dkt. 21) AND GRANTING DEFENDANTS' ORAL MOTION TO DISMISS

     This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Mona K. Majzoub, issued on April 5, 2016. In the R&R, the Magistrate Judge recommends that Defendant Flood's motion to dismiss be granted. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Defendant's motion to dismiss is granted. A separate judgment will enter.

SO ORDERED.

Dated: June 6, 2016                    s/Mark A. Goldsmith
   Detroit, Michigan              MARK A. GOLDSMITH
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 6, 2016.

          s/Karri Sandusky

          Case Manager